# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JERRY D. JORDAN                                                                               PLAINTIFF

v.                                        NO. 4:10CV01177 JLH

UNION PACIFIC RAILROAD COMPANY                                    DEFENDANT

## ORDER OF DISMISSAL

Pending before the Court is the joint motion to dismiss with prejudice and stipulation for dismissal. The motion is granted. Document #10. The complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE